UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 06 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALOHA TOWER, L.P., a Delaware Limited Corporation, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ALOHA TOWER DEVELOPMENT CORPORATION, <br><br> Defendant - Appellee. | No. 02-17225 <br><br> D.C. No. CV-02-00259-SOM <br> District of Hawaii, Honolulu <br><br> ORDER |

**RECEIVED**
CLERK U.S. DISTRICT COURT
FEB 08 2008
DISTRICT OF HAWAII

Pursuant to the parties' stipulation received on January 29, 2008, the court's order of September 6, 2007 is amended so that notice of reinstatement must be served and filed by April 30, 2008. In all other respects the August 29, 2003 order shall continue to apply.

FOR THE COURT

_____
Stephen Liacouras
Circuit Mediator

S:\CASES\2002\02-17225\08-2-4-ext^reinst.wpd